## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Joy  T. Rivers

<u>Debtor(s)</u>

CHAPTER 13

BKY. NO. 21-13147 ELF

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

Respectfully submitted,

/s/ <u>Rebecca Solarz</u>

Rebecca Solarz
01 Dec 2021, 14:01:42, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: 2e1defeccf11cfc6b45932c16da25af32ca1dbeafbe700d8c70990673a28c50d