IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Joy T. Rivers | : | Chapter 13 |
| | : | Case No.: 21-13147-ELF |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE UNDER LOCAL RULE 3015-2

I, Brad J. Sadek, Esq., hereby certify that on December 6, 2021 a true and correct copy of the Original Chapter 13 Plan was served by electronic delivery or Regular US Mail to all secured, priority, and unsecured creditors per the Creditor Matrix.

Date: December 6, 2021

*/s/ Brad J. Sadek, Esquire*
Brad J. Sadek, Esquire
Attorney for Debtor(s)
Sadek & Cooper Law Offices
1315 Walnut Street – Suite 502
Philadelphia, PA 19107