UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 21-13147-elf

Joy T. Rivers  Chapter 13

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), ACAR Leasing Ltd. d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    ACAR Leasing Ltd. d/b/a GM Financial Leasing
    PO Box 183853
    Arlington, TX  76096

By  /s/  Lorenzo Nunez

Lorenzo Nunez
PO Box 183853
Arlington, TX  76096
877-203-5538
877-259-6417
Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Bankr. Case No. 21-13147-elf

Joy T. Rivers                                                                                                            Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on December 8, 2021 :

| | |
|---|---|
| BRAD J. SADEK | Kenneth E West |
| 1315 Walnut Street | Office of the Chapter 3 Standing Trustee |
| Suite 502 | 1234 Market Street Ste 1813 |
| Philadelphia, PA 19107 | Philadelphia, PA 19107 |

By /s/ Lorenzo Nunez
    Lorenzo Nunez

xxxxx05414 / 1050173