United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                                    Case No. 21-13147-elf
Joy T. Rivers                                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                     User: admin                   Page 1 of 3
Date Rcvd: Mar 09, 2022             Form ID: 155               Total Noticed: 29

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++            Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joy T. Rivers, 6725 N. 16th Street, Philadelphia, PA 19126-2731 |
| 14651944 | ++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243 address filed with court:, MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14656959 | ++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243 address filed with court:, US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 14653469 | + | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14653388 | + | Pennymac Loan Services, LLC, c/o Rebecca Solarz, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14651948 | + | Philadelphia Federal Credit Union, Attn: Bankruptcy, 12800 Townsend Road, Philadelphia, PA 19154-1095 |
| 14651949 | + | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14651951 | + | Police And Fire Fcu, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 14666167 | + | Police and Fire Federal Credit Union, One Greenwood Square, 3333 Street Road, Bensalem, PA 19020-2022 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14653269 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 09 2022 23:55:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 14651934 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Mar 09 2022 23:55:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 14659429 | | Email/PDF: bncnotices@becket-lee.com | Mar 10 2022 00:02:06 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14651935 | + | Email/PDF: bncnotices@becket-lee.com | Mar 10 2022 00:02:12 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14662963 | | Email/Text: megan.harper@phila.gov | Mar 09 2022 23:55:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14651936 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 10 2022 00:02:06 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14654534 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 10 2022 00:02:01 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14651938 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 09 2022 23:55:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14651940 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 09 2022 23:55:00 | Comenity Bank/Westgate, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14653268 | | Email/Text: mrdiscen@discover.com | Mar 09 2022 23:55:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14651942 | | Email/Text: mrdiscen@discover.com | Mar 09 2022 23:55:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14651943 | + | Email/Text: bknotice@ercbpo.com | | |

| Recip ID | | Notice Type | Date Sent | Recipient |
|---|---|---|---|---|
| | | | Mar 09 2022 23:55:00 | Enhanced Recovery Company, Attn: Bankruptcy, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 14651937 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 10 2022 00:02:11 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14660205 | + | Email/Text: RASEBN@raslg.com | Mar 09 2022 23:55:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14653123 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 09 2022 23:55:00 | MIDLAND CREDIT MANAGEMENT, INC. as agent for, Asset Acceptance, LLC, Po Box 2036, Warren MI 48090-2036 |
| 14651944 | | Email/Text: ClaimsHelp@Mohela.com | Mar 09 2022 23:55:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14656959 | | Email/Text: ClaimsHelp@Mohela.com | Mar 09 2022 23:55:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 14651945 | | Email/Text: blegal@phfa.org | Mar 09 2022 23:55:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14665704 | + | Email/PDF: ebnotices@pnmac.com | Mar 10 2022 00:02:12 | PennyMac Loan Services, LLC., P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14651947 | + | Email/PDF: ebnotices@pnmac.com | Mar 10 2022 00:02:01 | Pennymac Loan Services, LLC, P.O. Box 514387, Los Angeles, CA 90051-4387 |
| 14664318 | | Email/Text: bnc-quantum@quantum3group.com | Mar 09 2022 23:55:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14663603 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 10 2022 00:02:07 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14654963 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 14651939 | *+ | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14651941 | *+ | Comenity Bank/Westgate, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 14651946 | *P++ | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, HARRISBURG PA 17101-1406, address filed with court:, Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14651950 | *+ | Police & Fire FCU, Attn: Bankruptcy, 901 Arch St, Philadelphia, PA 19107-2495 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 11, 2022     Signature:     /s/Joseph Speetjens

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Mar 09, 2022 | Form ID: 155 | Total Noticed: 29

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRAD J. SADEK | on behalf of Debtor Joy T. Rivers brad@sadeklaw.com  bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Joy T. Rivers
     Debtor(s)

Chapter: 13

Bankruptcy No: 21−13147−elf

_____

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

    AND NOW, this March 9, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                             Eric L. Frank
                                             Judge ,
                                             United States Bankruptcy Court

22 − 8
Form 155