IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| IN RE: JOY T. RIVERS ) **Debtor(s)** ) ) | CHAPTER 13 |
| ACAR LEASING LTD ) d/b/a GM FINANCIAL LEASING ) **Moving Party** ) ) | CASE NO. 21-13147 (AMC) |
| ) | HEARING DATE: **4-4-23 at 11:00 AM** |
| v. ) ) | |
| JOY T. RIVERS ) **Respondent(s)** ) ) | 11 U.S.C. 362 |
| KENNETH E. WEST ) **Trustee** ) ) ) | |

## ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between ACAR Leasing and the Debtor in settlement of the Motion For Stay Relief, and filed on or about July 3, 2023 in the above matter is APPROVED.

Dated: July 7, 2023

BY THE COURT:

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE