**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Joy T. Rivers<br>　　　　　　　Debtor(s) | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC<br>　　　　　　　Movant<br>　　vs.<br>Joy T. Rivers<br>　　　　　　　Debtor(s)<br>Kenneth E. West<br>　　　　　　　Trustee | NO. 21-13147 AMC |

**ORDER**

Upon consideration of the Debtor's Motion for a Partial Claim and no response or opposition thereto, it is hereby

**ORDERED** and **DECREED** that the Partial Claim in favor of HUD is **APPROVED.**

Date: November 30, 2023

_____
United States Bankruptcy Judge.

cc: See attached service list

Joy T. Rivers
6725 North 16th Street
Philadelphia, PA 19126

Brad J. Sadek Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532