### IN THE UNITED STATES BANKRUPTCY COURT
### OF THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Joy T. Rivers | : | |
| | : | Case No.: 21-13147-AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation of Counsel Fees and respectfully request that the Order attached to the Application be approved.


Dated: September 23, 2024            /s/ Brad J. Sadek, Esquire
                                     Brad J. Sadek, Esquire
                                     Sadek Law Offices, LLC
                                     1500 JFK Boulevard, Suite #220
                                     Philadelphia, PA 19102
                                     brad@sadeklaw.com
                                     215-545-0008