# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Joy T. Rivers**<br>　　　　　　　　　　Debtor<br><br>**PENNYMAC LOAN SERVICES, LLC**<br>　　　　　　　　　　Movant<br>　　vs.<br><br>**Joy T. Rivers**<br>　　　　　　　　　　Debtor<br><br>**Kenneth E. West, Esq.**<br>　　　　　　　　　　Trustee | **BK NO. 21-13147 ELF**<br><br>**Chapter 13**<br><br>**Related to Claim No. 13** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 02, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor
Joy T. Rivers
6725 North 16th Street
Philadelphia, PA 19126

Attorney for Debtor
Brad J. Sadek, Esq.
1315 Walnut Street (VIA ECF)
Suite 502
Philadelphia, PA 19107

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: Electronic means or first-class mail.

Dated: November 02, 2022

　　　　　　　　　　　　　　　　　　　**/s/Brian C. Nicholas, Esquire**
　　　　　　　　　　　　　　　　　　　Brian C. Nicholas, Esquire
　　　　　　　　　　　　　　　　　　　Attorney I.D. 317240
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　201-549-5366
　　　　　　　　　　　　　　　　　　　bnicholas@kmllawgroup.com